***UNITED STATES DISTRICT COURT***
***District of Minnesota***

United States of America,

Plaintiff(s),

against

Jeffrey R. Olive,

Defendant(s).

**JUDGMENT BY DEFAULT**

Civil 00-319 JRT/RLE

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now, on motion of said plaintiff's attorney, a default is hereby entered and it is

**CONSIDERED, ORDERED AND ADJUDGED,** that the above-named plaintiff do have and recover of and from said defendant the sum of Eight Thousand Thirty-six and 67/100 dollars ($8,036.67), the amount demanded in the complaint, plus additional prejudgment interest from 1/4/00 at 8.68% per annum and postjudgment interest from date of judgment at 6.197% per annum.

Judgment signed this 24th day of May, 2000.

FRANCIS E. DOSAL, CLERK

By [signature]
Deputy Clerk

| | |
|---|---|
| Amount demanded in complaint | $6,301.18 |
| Damages | |
| Costs and disbursements | 263.63 |
| Interest | 1,471.86 |
| Less payments made | |
| **Total judgment** | **$8,036.67** |

N:\DAILY\FORMS\judgment default.wpd

4